IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3049 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| EDUARDO COVARRUBIAS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The Marshal shall release the defendant from custody.

2) The defendant is ordered to appear for his initial appearance today at 4:00 p.m. before the undersigned magistrate judge.

DATED this 27th day of May, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge