**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 AUG 18 AM 10: 46

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | *** SEALED *** |
| Plaintiff, | ) | |
| | ) | 4:10CR3049 |
| v. | ) | |
| | ) | ORDER |
| EDUARDO COVARRUBIAS, | ) | |
| | ) | |
| Defendant. | ) | |

1. The motion in the above caption matter filed by the plaintiff on August 18, 2010, filing # _____, shall be sealed.

2. This order shall also be sealed.

Dated this 18th day of August, 2010.

BY THE COURT:

/s/ Cheryl R. Zwart
THE HONORABLE CHERYL R. ZWART
UNITED STATES MAGISTRATE JUDGE

1 copy to USA