IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3049 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| EDUARDO COVARRUBIAS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED the defendant is released subject to the terms and conditions previously imposed, and the following additional conditions:

1) The defendant shall live at his parent's home in Lexington, Nebraska, and shall be on home detention; meaning the defendant is restricted to his parents' home at all times except when attending employment; scheduled educational classes; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or as otherwise permitted with the **prior** approval of pretrial services.

2) The defendant shall be on electronic monitoring. Installation of monitoring equipment shall be at the defendant's expense, payable in advance of the installation.

3) The defendant shall disclose to Pretrial Services his student identification number, passwords and any other information needed for accessing defendant's school records online.

DATED this 26th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge