IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3049 |
| v. | ) | |
| EDUARDO COVARRUBIAS, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to modify the conditions of his release, (filing no. 61), is granted.

2) The electronic monitoring condition is withdrawn. All other conditions of defendant's release remain in effect.

DATED this 15th day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge