# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDUARDO COVARRUBIAS, ) <br> ) <br> Defendant. ) <br> ) | 4:10CR3049 <br><br> DETENTION ORDER <br><br> PETITION FOR <br> ACTION ON CONDITIONS <br> OF <br> PRETRIAL RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

May 30, 2012                                          BY THE COURT:

                                                     *s/Cheryl R. Zwart*
                                                     United States Magistrate Judge